UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:23-cv-81142-AMC

LINDSAY GRIMM,

      Plaintiff,

vs.

IMAGINE NATION COMPANY, INC.
a/k/a ISLE OF WONDER, LLC
and DAVID SETH KOTKIN a/k/a
DAVID COPPERFIELD

      Defendants.
_____/

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants, IMAGINE NATION COMPANY, INC. and DAVID SETH KOTKIN a/k/a DAVID COPPERFIELD, by and through undersigned counsel hereby file their notice of compliance to this Court's paperless Order [D.E. 7] requiring Defendants to file copies of all records and proceedings in the state court proceedings with filing a Notice of Filing of state court proceedings [D.E. 13] and filing of their Removal Status Report [D.E. 14].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 15, 2023, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system.

                                            */s/ Jennifer M. Clark*
                                            **CHRISTOPHER S. MORIN**
                                            Florida Bar No. 177600
                                            **JENNIFER M. CLARK**

Florida Bar No. 22434
**MURRAY, MORIN & HERMAN, P.A.**
3550 Buschwood Park Dr., Suite 130
Tampa, Florida 33618
Designated service email:
tampa@mmhlaw.com
Tel:    813.222.1800
Fax:    813.222.1801
Counsel for Defendants